APPLICANT: ISRAEL LARA                    APPLICATION NO. WR-83,666-02


# ORIGINAL APPLICATION FOR WRIT OF MANDAMUS


## ACTION TAKEN

**MOTION FOR LEAVE TO FILE DENIED WITHOUT WRITTEN ORDER.** *See Padilla v. McDaniel*, 122 S.W.3d 805 (Tex. Crim. App. 2003).

_____    10/7/15
JUDGE                                                  DATE